# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# Cookeville Division

| | |
|---|---|
| DONNA YATES d/b/a YATES AUTO SERVICE, ) | |
| ) | No. 2:13-cv-00127 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BUTCH BURGESS, individually and in his capacity ) | |
| as sheriff of Cumberland County, Tennessee, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Comes now the plaintiff, by counsel and stipulation of all parties, and, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), voluntarily dismisses all causes of action against the defendant Butch Burgess with prejudice.

**RESPECTFULLY SUBMITTED**,

s/ *Michael P. McGovern*
MICHAEL P. McGOVERN
The McGovern Law Firm
P.O. Box 5536
Knoxville, TN 37928
(865) 686-4891

Attorney for Plaintiff

s/ *El Shon D. Richmond* [*]
EL SHON D. RICHMOND
Farrar & Bates
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
(615) 254-3060

Attorney for Defendant

---

[*] Pursuant to the Administrative Practices and Procedures for Electronic Case Filing in the Middle District of Tennessee, para. 8, the Filing User, Michael McGovern, represents that El Shon Richmond has consented to the filing of this document.