IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DONNA YATES | ) |
| | ) Case No. 2:13-0127 |
| v. | ) JUDGE SHARP |
| | ) |
| BUTCH BURGESS | ) |
| | ) |

**O R D E R**

Pursuant to the Stipulation of Dismissal (Docket No. 16) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE